NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

KARIN S. HART and GREGORY S. HART, )
)
)
Appellants, )
)
v. )  Case No. 2D18-985
)
U.S. BANK NATIONAL ASSOCIATION, )
AS TRUSTEE FOR STRUCTURED )
ADJUSTABLE RATE MORTGAGE )
LOAN TRUST MORTGAGE PASS- )
THROUGH CERTIFICATES 2005-16XS, )
)
Appellee. )
_____ )

Opinion filed November 9, 2018.

Appeal from the Circuit Court for Pasco
County; Linda H. Babb, Judge.

Karin S. Hart and Gregory S. Hart, pro
se.

Nancy M. Wallace of Akerman LLP,
Tallahassee; and William P. Heller of
Akerman LLP, Fort Lauderdale, for Appellee.


PER CURIAM.


Affirmed.


CASANUEVA, SILBERMAN, and ATKINSON, JJ., Concur.